UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIA CALHOUN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FLRISH, INC.,<br><br>　　　　Defendant. | Case No. 19-cv-08212-JCS<br><br>**ORDER DENYING ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL**<br><br>Re: Dkt. Nos. 93, 100, 106 |

In light of non-party Springbig, Inc.'s non-opposition to publicly filing documents that it previously designated as confidential, *see* dkt. 110, the parties' three pending administrative motions to file under seal (dkts. 93, 100, 106) are DENIED. The parties shall file all documents at issue unredacted in the public record no later than September 24, 2021.

**IT IS SO ORDERED.**

Dated: September 17, 2021

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　JOSEPH C. SPERO
　　　　　　　　　　　　　　　　Chief Magistrate Judge