UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIA CALHOUN,<br><br>        Plaintiff,<br><br>    v.<br><br>FLRISH, INC.,<br><br>        Defendant. | Case No. 19-cv-08212-JCS<br><br>**ORDER GRANTING IN PART AND DENYING IN PART ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Re: Dkt. No. 115 |

Plaintiff Gia Calhoun moves to file under seal certain materials solely on the basis that they were designated as confidential by Defendant FLRish, Inc. and non-party Springbig, Inc. *See* dkt. 115. Springbig filed a responsive declaration by its chief financial officer Paul Sykes setting forth compelling reasons to seal certain narrowly tailored redactions. Sykes Dec. (dkt. 119). Calhoun's motion to seal is GRANTED as to the material addressed in that declaration.

FLRish did not file a responsive declaration within the time allowed by Civil Local Rule 79-5(e)(1). Calhoun's motion is therefore DENIED as to material not addressed in Sykes's declaration. Calhoun shall file a new public version of Randall Snyder's declaration redacting only the material addressed by Sykes, as well as an unredacted version of Exhibit E thereto, no earlier than September 27, 2021 and no later than October 4, 2021. *See* Civ. L.R. 79-5(e)(2).

**IT IS SO ORDERED.**

Dated: September 22, 2021

JOSEPH C. SPERO
Chief Magistrate Judge