UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIA CALHOUN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FLRISH, INC.,<br><br>　　　　Defendant. | Case No. 19-cv-08212-JCS<br><br>**ORDER GRANTING IN PART AND DENYING IN PART ADMINISTRATIVE MOTIONS TO CONSIDER WHETHER DOCUMENTS SHOULD BE FILED UNDER SEAL**<br><br>Re: Dkt. Nos. 152, 160 |

　　　　Plaintiff Gia Calhoun and Defendant FLRish, Inc. each filed motions to consider whether documents submitted in conjunction with Calhoun's pending motion for class certification should be filed under seal based on their opponent's or other non-party entities' confidentiality interests. Plaintiff also moves in her own right to seal instances of her cell phone number in two exhibits, which she has otherwise filed publicly with the cell phone number redacted.

　　　　Although Calhoun has not provided a declaration setting forth specific reasons to seal her cell phone number, compelling reasons to seal are apparent, and that request is GRANTED.

　　　　In a response to Calhoun's motion, non-party Springbig, Inc. asks that the Court allow sealing of a contract and pricing proposal that the Court previously ordered filed under seal in connection with a previous motion. *See* dkt.155. For the reasons stated in the May 4, 2020 declaration of Jeff Harris, the Court finds compelling reasons to seal the contract and pricing proposal submitted as parts of Exhibit G to the September 9, 2022 declaration of Avi Kaufman, which are identical to Exhibit B to the April 30, 2020 declaration of Robert Ahdoot, which was filed under seal. Calhoun's administrative motion is GRANTED as to those portions of Exhibit G, which will remain under seal.

　　　　Springbig does not oppose publicly filing the remainder of Calhoun's motion and supporting materials, including the remaining portion of Exhibit G, consisting of terms and

conditions that have previously been filed in the public record. *See* dkt. 155. FLRish filed a statement of non-opposition to public filing of the documents Calhoun filed provisionally under seal based on FLRish's confidentiality designations except for pricing information in Exhibit G that Springbig also asks to seal, as discussed above. *See* dkt. 156. Springbig filed a statement of non-opposition to public filing of the documents FLRish filed provisionally under seal based on Springbig's confidentiality designations. *See* dkt. 163. No other party or non-party has filed a response setting forth reasons for sealing.

The administrative motions are therefore DENIED as to all documents at issue except the agreement and pricing proposal in Exhibit G and the redacted references to Calhoun's cell phone number, and the parties shall file all such documents (including the remainder of Exhibit G) in the public record no later than December 7, 2022.

**IT IS SO ORDERED.**

Dated: November 30, 2022

JOSEPH C. SPERO
Chief Magistrate Judge